IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD W. KNIGHT, | ) |
| Petitioner, | ) ) ) |
| vs. | ) No. CIV-20-727-C ) |
| WARDEN OF JCCC, | ) ) |
| Respondent. | ) ) |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation on July 29, 2020, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in Judge Purcell's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Petitioner merely restates his original arguments. He makes no effort to supplement the record to show cause and prejudice or that a miscarriage of justice will occur, despite the clear direction from Judge Purcell. There is nothing asserted by Petitioner which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, this petition for habeas corpus relief is dismissed as procedurally barred. A judgment will enter accordingly.

IT IS SO ORDERED this 26th day of August, 2020.

ROBIN J. CAUTHRON
United States District Judge