IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD W. KNIGHT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-20-727-C |
| ) | |
| WARDEN OF JCCC, ) | |
| ) | |
| Respondent. ) | |

### JUDGMENT OF DISMISSAL

Upon consideration of the petition for writ of habeas corpus filed herein, the Report and Recommendation of the Magistrate Judge, as well as Petitioner's objections thereto, and the Court's accompanying Order filed this date,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition for writ of habeas corpus be and the same is hereby dismissed.

DATED this 26th day of August, 2020.

ROBIN J. CAUTHRON
United States District Judge